UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KAREEM L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 4:17-CV-143-D** |
| ) | |
| CITY OF GREENVILLE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the motion to dismiss [D.E. 12] and DISMISSES the action without prejudice.

**This Judgment Filed and Entered on December 28, 2017, and Copies To:**

| | |
|---|---|
| Kareem L. Smith | (Sent to 2317 Fox Ridge Manor Dr. Raleigh, NC 27610 via US Mail) |
| Jennifer B. Milak | (via CM/ECF electronic notification) |

DATE:                                              PETER A. MOORE, JR., CLERK

December 28, 2017                     (By) /s/ Nicole Briggeman
                                                    Deputy Clerk